

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-14-00080-CV

_____

WENDOLYN MESSNER, AS DEPENDENT ADMINISTRATOR, Appellant

V.

RONALD R. STRINGER, NEIL D. JOSEPH
AND RON STRINGER & ASSOCIATES, P.C., Appellees

On Appeal from the County Court at Law
Rusk County, Texas
Trial Court No. 02-043 A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Moseley

MEMORANDUM OPINION

Wendolyn Messner, appellant, has filed a motion to dismiss this pending appeal. Messner represents that the parties have reached a settlement and that she no longer desires to prosecute this appeal.

We grant Messner's motion and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1).


Bailey C. Moseley
Justice

Date Submitted:     October 2, 2014
Date Decided:       October 3, 2014

2